UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 20-CR-20055-2 |
| ELIZABETH ROBERSON, ) | |
| Defendant. ) | |

### ORDER APPROVING MAGISTRATE JUDGE'S RECOMMENDATION

On October 29, 2021, a Report and Recommendation (#55) was filed by United States Magistrate Judge Eric I. Long in this case, recommending that Defendant ELIZABETH ROBERSON's plea of guilty be accepted. More than fourteen days have elapsed, and no objections have been made. This court therefore ACCEPTS the recommendation of the Magistrate Judge. Defendant ELIZABETH ROBERSON's plea of guilty as to Counts 1 and 2 of the Indictment (#1) is accepted by the court and Defendant ELIZABETH ROBERSON is adjudged guilty of Counts 1 and 2. The court orders the United States Probation Office to prepare a pre-sentence investigation report. Sentencing remains set for February 28, 2022, at 10:30 a.m. in Courtroom A in Urbana, before the undersigned.

ENTERED this 15th day of November, 2021.

s/ Colin Stirling Bruce
COLIN S. BRUCE
U.S. DISTRICT JUDGE